UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PAGOUNIS, WILLIAM § Case No. 13-35476
PAGOUNIS, KATHRYN §
§
Debtor(s) §

## NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that B. HELMS, SUCCESSOR TRUSTEE, of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 s. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/05/2014 in Courtroom 240,
> Kane County Courthouse
> 100 S. Third Street
> Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: Jeffrey P. Allsteadt_____
                                         CLERK OF U.S. BANKRUPTCY
                                                COURT

*B. HELMS, SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
PAGOUNIS, WILLIAM                   §    Case No. 13-35476
PAGOUNIS, KATHRYN                   §
                                    §
         Debtor(s)                  §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 325,000.00 |
| and approved disbursements of | $ | 283,143.67 |
| leaving a balance on hand of[1] | $ | 41,856.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ 18,000.00 | $ 0.00 | $ 18,000.00 |
| Attorney for Trustee Fees: InnovaLaw, P.C. | $ 4,895.50 | $ 0.00 | $ 4,895.50 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,196.00 | $ 0.00 | $ 1,196.00 |
| Other: InnovaLaw, P.C. | $ 324.26 | $ 0.00 | $ 324.26 |
| Other: Alan D. Lasko & Associates P.C. | $ 15.78 | $ 0.00 | $ 15.78 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 24,431.54 |
| Remaining Balance | $ | 17,424.79 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,924.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One | $ 20,439.88 | $ 0.00 | $ 4,570.59 |
| 2 | Sallie Mae | $ 3,423.01 | $ 0.00 | $ 765.42 |
| 3 | PYOD as | $ 518.15 | $ 0.00 | $ 115.86 |
| 4 | eCAST Settlement Corp | $ 15,082.00 | $ 0.00 | $ 3,372.51 |
| 6 | eCAST Settlement Corp, assignee of | $ 10,154.27 | $ 0.00 | $ 2,270.61 |
| 5 | eCAST Settlement Corp | $ 13,374.04 | $ 0.00 | $ 2,990.59 |
| 7 | eCAST Settlement Corp | $ 14,933.06 | $ 0.00 | $ 3,339.21 |

Total to be paid to timely general unsecured creditors        $        17,424.79

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

B. HELMS, SUCCESSOR TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                           Case No. 13-35476-DRC
William Pagounis                                                 Chapter 7
Kathryn A Pagounis
     Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales            Page 1 of 2                  Date Rcvd: Nov 07, 2014
                              Form ID: pdf006            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2014.
db/jdb        +William Pagounis,    Kathryn A Pagounis,    6N734 Pine St,    Bensenville, IL 60106-1228
20961338      +Affiliated Radiologists,    Dept 4104,    Carol Stream, IL 60122-0001
20961341      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
20961342     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20961343      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
20961351     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
20961344      +Cap1/carsn,    Po Box 30253,    Salt Lake City, UT 84130-0253
20961345      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21208279       Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
20961346      +Central Eye Care, LTd.,    Suite 107,    1614 West Central Rd,    Arlington Heights, IL 60005-2452
20961347      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20961352      +Comenity Bank/carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
20961357     ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
                 CHICAGO IL 60612-3228
               (address filed with court:  Rush University Medical Center,    75 Remittance Dr.,    Dept. 1611,
                 Chicago, IL 60675)
20961359     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
20984052      +Wells Fargo Bank, N.A.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Rd, Suite 100,
                 Burr Ridge, IL 60527-6921
20961362      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
21403624       eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20961339      +E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2014 00:53:03      Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
20961353      +E-mail/Text: creditonebknotifications@resurgent.com Nov 08 2014 00:53:09      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
20961354      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 08 2014 00:57:47      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20961356      +E-mail/Text: cio.bncmail@irs.gov Nov 08 2014 00:53:17      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
21360101      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2014 00:57:47
                 PYOD, LLC its successors and assigns as assignee,     of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
20961358      +E-mail/PDF: pa_dc_claims@navient.com Nov 08 2014 00:56:52      Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
21222406      +E-mail/PDF: pa_dc_claims@navient.com Nov 08 2014 00:57:41      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20961340*     +Ally Financial,    Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
20961348*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20961349*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20961350*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20961360*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
20961361*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
21403625*      eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
21403626*      eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
21408022*      eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                   Date Rcvd: Nov 07, 2014
                              Form ID: pdf006              Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2014 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Kathleen M. McGuire    on behalf of Other Prof.   InnovaLaw, P.C. kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Konstantine T. Sparagis    on behalf of Joint Debtor Kathryn A Pagounis gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Konstantine T. Sparagis    on behalf of Debtor William  Pagounis gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Maria Georgopoulos    on behalf of Creditor   Wells Fargo Bank, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```