UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
PAGOUNIS, WILLIAM                       §         Case No. 13-35476
PAGOUNIS, KATHRYN                       §
                                        §
              Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   B. HELMS, SUCCESSOR TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/B. HELMS, SUCCESSOR TRUSTEE_____
                                             Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 |  |  |  |  |  |
|  | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | | | | |
| | Wells Fargo mortgage payoff | | | | | |
| | Real Estate taxes | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI, DAVID | | | | | |
| Credit to buyers for closng costs | | | | | |
| Frist American Title costs | | | | | |
| JNT Land Surveying | | | | | |
| ASSOCIATED BANK | | | | | |
| Real estate tax proration | | | | | |
| INNOVALAW, P.C. | | | | | |
| INNOVALAW, P.C. | | | | | |
| Letty Elwood attorney fees | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| Century 21 real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Radiologists Dept 4104 Carol Stream, IL 60122 | | | | | |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | | | | |
| | Cap1/carsn Po Box 30253 Salt Lake City, UT 84130 | | | | | |
| | Central Eye Care, LTd. Suite 107 1614 West Central Rd Arlington Heights, IL 60005 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Rush University Medical Center 75 Remittance Dr. Dept. 1611 Chicago, IL 60675 |  |  |  |  |  |
|  | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 |  |  |  |  |  |
|  | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 |  |  |  |  |  |
|  | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 |  |  |  |  |  |
| 3 | AS, PYOD |  |  |  |  |  |
| 1 | CAPITAL ONE |  |  |  |  |  |
| 4 | ECAST SETTLEMENT CORP |  |  |  |  |  |
| 5 | ECAST SETTLEMENT CORP |  |  |  |  |  |
| 7 | ECAST SETTLEMENT CORP |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | ECAST SETTLEMENT CORP, ASSIGNEE OF | | | | | |
| 2 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-35476 CAS Judge: DONALD R. CASSLING | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | PAGOUNIS, WILLIAM | Date Filed (f) or Converted (c): | 09/06/13 (f) |
| | PAGOUNIS, KATHRYN | 341(a) Meeting Date: | 10/08/13 |
| For Period Ending: | 01/10/15 | Claims Bar Date: | 01/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6N734 PINE ST BENSENVILLE IL | 275,000.00 | 0.00 | | 325,000.00 | FA |
| 2. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3. TWO CHASE CHECKING ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 4. TWO CHASESAVINGS ACCOUNTS | 805.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. JEWELERY | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 2010 CADILLAC SRX | 17,500.00 | 0.00 | | 0.00 | FA |
| 10. 2010 CADILLAC CTS | 18,000.00 | 0.00 | | 0.00 | FA |
| 11. safe deposit box (u) | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $339,355.00 | $0.00 | | $325,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/30/15    Current Projected Date of Final Report (TFR): 05/30/15

LFORM1                                                                                                                                       Ver: 18.03b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-35476 -CAS | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | PAGOUNIS, WILLIAM | Bank Name: | ASSOCIATED BANK |
| | PAGOUNIS, KATHRYN | Account Number / CD #: | *******1764 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3586 | | |
| For Period Ending: | 01/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/14 | 1 | First American Title Company | sale of debtors residence | | 41,866.33 | | 41,866.33 |
| | | FIRST AMERICAN TITLE COMPANY | Memo Amount: 325,000.00 | 1110-000 | | | |
| | | | sale of debtors residence | | | | |
| | | | Memo Amount: ( 223,541.74 ) | 4110-000 | | | |
| | | | Wells Fargo mortgage payoff | | | | |
| | | | Memo Amount: ( 2,200.50 ) | 2500-000 | | | |
| | | | Credit to buyers for closng costs | | | | |
| | | | Memo Amount: ( 7,734.16 ) | 4700-000 | | | |
| | | | Real Estate taxes | | | | |
| | | | Memo Amount: ( 2,267.27 ) | 2820-000 | | | |
| | | | Real estate tax proration | | | | |
| | | | Memo Amount: ( 16,250.00 ) | 3510-000 | | | |
| | | | Century 21 real estate commission | | | | |
| | | | Memo Amount: ( 600.00 ) | 3210-000 | | | |
| | | | Letty Elwood attorney fees | | | | |
| | | | Memo Amount: ( 190.00 ) | 2500-000 | | | |
| | | | Frist American Title costs | | | | |
| | | | Memo Amount: ( 350.00 ) | 2500-000 | | | |
| | | | JNT Land Surveying | | | | |
| | | | Memo Amount: ( 30,000.00 ) | 8100-000 | | | |
| | | | Debtors homestead exemptions | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 41,856.33 |
| 12/05/14 | 010001 | DAVID GROCHOCINSKI | Trustee Compensation | 2100-000 | | 18,000.00 | 23,856.33 |
| 12/05/14 | 010002 | InnovaLaw, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,895.50 | 18,960.83 |
| 12/05/14 | 010003 | InnovaLaw, P.C. | Attorney for Trustee Expenses (Trus | 3120-000 | | 324.26 | 18,636.57 |
| 12/05/14 | 010004 | Alan D. Lasko & Associates, P.C. | Accountant for Trustee Fees (Other | 3410-000 | | 1,196.00 | 17,440.57 |
| 12/05/14 | 010005 | Alan D. Lasko & Associates P.C. | Accountant for Trustee Expenses (Ot | 3420-000 | | 15.78 | 17,424.79 |
| 12/05/14 | 010006 | Capital One | Claim 1, Payment 22.36114% | 7100-000 | | 4,570.59 | 12,854.20 |
| | | | Page Subtotals | | 41,866.33 | 29,012.13 | |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-35476 -CAS | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | PAGOUNIS, WILLIAM | Bank Name: | ASSOCIATED BANK |
| | PAGOUNIS, KATHRYN | Account Number / CD #: | *******1764  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3586 | | |
| For Period Ending: | 01/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/14 | 010007 | by American Infosource LP<br>P.O. Box 71083<br>Charlotte NC 28272<br>Sallie Mae<br>c/o Sallie Mae<br>220 Lasley Ave<br>Wilkes Barre PA 18706 | Claim 2, Payment 22.36102% | 7100-000 | | 765.42 | 12,088.78 |
| 12/05/14 | 010008 | PYOD as<br>assignee of FNBM LLC<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Claim 3, Payment 22.36032% | 7100-000 | | 115.86 | 11,972.92 |
| 12/05/14 | 010009 | eCAST Settlement Corp<br>assignee of Chase Bank<br>P.O. Box 29262<br>New York NY 10087 | Claim 4, Payment 22.36116% | 7100-000 | | 3,372.51 | 8,600.41 |
| 12/05/14 | 010010 | eCAST Settlement Corp<br>assignee of Chase Bank USA<br>P.O. Box 29262<br>New York NY 10087 | Claim 5, Payment 22.36116% | 7100-000 | | 2,990.59 | 5,609.82 |
| 12/05/14 | 010011 | eCAST Settlement Corp, assignee of<br>Chase Bank USA<br>P.O> Box 29262<br>New York NY 10087 | Claim 6, Payment 22.36113% | 7100-000 | | 2,270.61 | 3,339.21 |
| 12/05/14 | 010012 | eCAST Settlement Corp<br>assignee of Chase Bank USA<br>P.O. Box 29262<br>New York NY 10087 | Claim 7, Payment 22.36119% | 7100-000 | | 3,339.21 | 0.00 |

Page Subtotals         0.00         12,854.20

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-35476 -CAS | | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|---|
| Case Name: | PAGOUNIS, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | PAGOUNIS, KATHRYN | | Account Number / CD #: | *******1764 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3586 | | | |
| For Period Ending: | 01/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 325,000.00 | COLUMN TOTALS | 41,866.33 | 41,866.33 | 0.00 |
| Memo Allocation Disbursements: | 283,133.67 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 41,866.33 | 41,866.33 | |
| Memo Allocation Net: | 41,866.33 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 41,866.33 | 41,866.33 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 325,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 283,133.67 | Checking Account (Non-Interest Earn - *******1764) | 41,866.33 | 41,866.33 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 41,866.33 | | 41,866.33 | 41,866.33 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*